IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SARA E. BOWLING,

Plaintiff,

v.

STEPHON T. SMITH and
JP LOGISTICS, INC.,

Defendants.

Case No. 23-cv-1384 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 2/7/2024            MONICA A. STUMP, Clerk of Court

                              s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**